Edward A. Murray, Trading as Murray Coal Company, Plaintiff-Appellee, v. John L. Sheridan and Frances M. Sheridan, Robert J. Blake and Margaret Blake, Defendants-Appellants.

Gen. No. 45,769. 

 Allen, Darlington & Elliott, for appellants; Joseph F. Elward and Edward S. Macie, for appellee; Edward S. Macie, of counsel. Opinion by PRESIDING JUSTICE BURKE. Not to be published in full. Opinion filed May 5, 1952; rehearing denied May 26, 1952; released for publication June 9, 1952.

Metropolis Theatre Company, and John R. Thompson, Jr. et al., Appellants, v. L. H. Barkhausen and Randolph Bohrer et al., Appellees.

Gen. No. 45,641. 

 Miller, Gorham, Wescott & Adams, for appellants; Swiren & Heineman, and Johnston, Thompson, Raymond & Mayer for certain appellees; Edward Blackman, J. Frederick Hoffman, and Michael Conant, for certain other